# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:  DARRYL E WALKER　　　　　　§
　　　　SHERYL WALKER　　　　　　　§　　Case No.: 09-07948
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　Debtor(s)　　　　　　　　　§

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/10/2009.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 08/31/2009.

6) Number of months from filing to the last payment:  3

7) Number of months case was pending:  8

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted:  $    56,519.00

10) Amount of unsecured claims discharged without payment  $        .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 1,108.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 1,108.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,043.74 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 64.26 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,108.00 |
| Attorney fees paid and disclosed by debtor | $ 626.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITIFINANCIAL INC | SECURED | 144,000.00 | 86,634.37 | .00 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 17.00 | 1,604.90 | 1,604.90 | .00 | .00 |
| ADVOCATE HEALTHCARE | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| TRINITY HOSPITAL | UNSECURED | 624.00 | NA | NA | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | .00 | NA | NA | .00 | .00 |
| AT&T MOBILITY | UNSECURED | 2,024.00 | NA | NA | .00 | .00 |
| AT&T MOBILITY | OTHER | .00 | NA | NA | .00 | .00 |
| AIS SERVICES LLC | UNSECURED | 390.00 | 480.00 | 480.00 | .00 | .00 |
| BAHAMAS MARKETING GR | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2,206.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,099.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 523.00 | NA | NA | .00 | .00 |
| CHARTER ONE | UNSECURED | 340.00 | NA | NA | .00 | .00 |
| CHASE BANK | UNSECURED | 957.00 | NA | NA | .00 | .00 |
| CHASE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CHICAGO IMAGING LTD | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 229.00 | NA | NA | .00 | .00 |
| DISH NETWORK | OTHER | .00 | NA | NA | .00 | .00 |
| DISH NETWORK | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FIRST NATIONAL CREDI | UNSECURED | 452.20 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1,830.00 | 1,886.75 | 1,886.75 | .00 | .00 |
| GE CAPITAL PAYPAL BU | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1,269.00 | 1,314.76 | 1,314.76 | .00 | .00 |
| GEMB WALMART | UNSECURED | 1,022.00 | NA | NA | .00 | .00 |
| GEMB WALMART | OTHER | .00 | NA | NA | .00 | .00 |
| GEMBPPBYCR | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,259.00 | 1,236.17 | 1,236.17 | .00 | .00 |
| ILL DEPT OF ECON SEC | UNSECURED | 780.00 | 674.97 | 674.97 | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| IMPACTCASH USA | UNSECURED | 480.00 | NA | NA | .00 | .00 |
| JB ROBINSON | UNSECURED | .00 | NA | NA | .00 | .00 |
| JC PENNEY | UNSECURED | .00 | NA | NA | .00 | .00 |
| KEVIN PINSKI MD | UNSECURED | 156.00 | NA | NA | .00 | .00 |
| LABORATORY CORP OF A | UNSECURED | 12.00 | NA | NA | .00 | .00 |
| LIN ROBERTS | UNSECURED | 295.00 | NA | NA | .00 | .00 |
| LITTLE LOAN SHOPPE | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| AIS SERVICES LLC | UNSECURED | 510.00 | 510.00 | 510.00 | .00 | .00 |
| MID AMERICA BANK | UNSECURED | 1,476.00 | NA | NA | .00 | .00 |
| MID AMERICA BANK | UNSECURED | 906.00 | NA | NA | .00 | .00 |
| MTE FINANCIAL SERVIC | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| MW MARKETING GROUP | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| NWMFF | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| NWMFF | OTHER | .00 | NA | NA | .00 | .00 |
| NWMFF | UNSECURED | 98.00 | NA | NA | .00 | .00 |
| NWMFF | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| NWMFF | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONWIDE ACCEPTANC | UNSECURED | .00 | NA | NA | .00 | .00 |
| NEW AGE FURNITURE | UNSECURED | .00 | NA | NA | .00 | .00 |
| ONE CLICK CASH | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| PARK NATIONAL BANK | UNSECURED | 1,500.00 | 1,655.54 | 1,655.54 | .00 | .00 |
| PAYCHECK TODAY | UNSECURED | 670.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 668.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 564.00 | 649.33 | 649.33 | .00 | .00 |
| SELECT PORTFOLIO SER | UNSECURED | .00 | NA | NA | .00 | .00 |
| SHAFFER & ASSOCIATES | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| SIGMA HEALTH | UNSECURED | 290.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 477.00 | 472.20 | 472.20 | .00 | .00 |
| T MOBILE | UNSECURED | 50.00 | 50.93 | 50.93 | .00 | .00 |
| T MOBILE | OTHER | .00 | NA | NA | .00 | .00 |
| TARGET | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UNIVERSITY OF CHICAG | UNSECURED | 22.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | OTHER | .00 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 708.73 | 697.74 | 697.74 | .00 | .00 |
| TRIB/FBOFD | UNSECURED | 699.00 | NA | NA | .00 | .00 |
| WACHOVIA BANK | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL/PR | UNSECURED | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL BA | UNSECURED | 567.00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFFINANCE | UNSECURED | .00 | NA | NA | .00 | .00 |
| WINDY CITY EMERGENCY | UNSECURED | 284.00 | NA | NA | .00 | .00 |
| WINDY CITY EMERGENCY | OTHER | .00 | NA | NA | .00 | .00 |
| WINDY CITY EMERGENCY | UNSECURED | 284.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 113.04 | 113.04 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 510.00 | 510.00 | .00 | .00 |
| CITIFINANCIAL INC | SECURED | NA | 6,232.29 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1,604.90 | .00 | .00 |
| **TOTAL PRIORITY:** | 1,604.90 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 10,251.43 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,108.00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | 1,108.00 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   11/23/2009                              /s/ Tom  Vaughn
                                                 Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**